RECEIVED
MAR 24 2023
BY MAIL



Facts Supporting the Discovery and Facts of my cases are First I was never read my rights Miranda Rights. Second is their is no Booking Sheets of my arrest or Finger prints sheets from the Desoto Police Department or Jefferson County Sheriff Department. No reports from the hospital that they had to take me too. I was not shown Body Camera Video or Surveillance Videos or Dash Cam Footage. And the copys of Pictures I have in my Discovery I Can't see nothing at all. This is all the Due Process and Civil Rights violations of my Discovery.

Ground #1 Crimnal Law Statue Sentence Structure

Point 1  2nd Degree Buglery Statue 569.170 Class D Felony 7 year max I got 10 year max I was not told I was getting a Prior and Persistet or inhance it Dont say nothing in Court Transcript so I had 2 counts 10's ran concurrent.

Point 2  1st Degree Property Damage is E Felony 4 year max I had 2 counts got 7's ran concurrent this is wrong very its against my Civil Rights ist Unconstitutional. 569.100

Point 3  Tampering in the First Degree Motor Vehical Class D felony 7 year max I got 10 year apice I had 2 counts ran concurrent. 569.080

Point 4  575.150 Resist Arrest or interfering with Arrest is a Class E Felony 4 year max I got 7 year on it.

Point 5  This is a summary of Ground 1 Crimnal Law Statue Sentence structure nowhere in my Court Transcripts Did they say I got Prior and Perisitent or inhance so why Did I get sentence wrong I was under the Understanding I was not getting Prior and Perisintet or inhance. This is unconstitutional.

→



## Ground #2 Ineffective Assistent Of Councel

**Point 1** Christopher Paul Huber Friday, November, 1, 2019 sentenceing hearing told me flat out said he Did not Want to Be in this County Doing any Cases. I told him I wanted to see all the hospital Records Ms. Whitehead was working on getting from that night of the crimes. And all my past hospital stays for Medical Conditations for the courts. Never got to see them. Also told him never had my Miranda Rights read to me he Did nothing. I told him I wanted to see Surveillance Video of Johnston Constriction and of Purcell Tire he said no point it was me I have the right to see it. Then I told him I wanted to see Body Footage he told me he could not. I also said I was not found in no vehical how could I get Charged for Resist Arrest By Flight when I was in a Building.

**Point 2** Sara Quinn Zapien Thursday, August 6, 2020 Probation Revocation Hearing A week Before court tells me they said I could Do a Long term Drug Treatment I told her I would Do my Back up if it was OP on my sentence she said she got a hold of P & P and they said it was OP so I told her I would Do it. so week after this is During Covid-19 Officer Lewis CO at Jail takes me to Video Court Room I cant see court Room hat the time cause video messing up. Audio is cutting in and out to. I try to tell my lawyer I changed my mine I want Treatment I need to talk To her But Officer Lewis said I could not talk so I get sentence to my Back up could not here everything the audio was cutting in and out then at end Judge Missey laughing about giving me 10 years in prison. Next Day at Jail Ms Zapien says she was sick Did not feel good is why she Did not Bring up everything she said and I told her I was not Guity for some of the Laws Violations I recived. →

Point 2  Then I told Ms. Zapien after I saw CdA I had 808 on the 7 for Resistent she told me nothing could Be Done straight lied to me. She failed to he Job violated my Rights over and over again. I was Distrot, Panic Attecks, Anxity During Video Courts

Ground #3 Due Process\Miranda Rights\Judical Procedure

Point 1  Friday, November, 1 2019 sentenceing Hearing my Depression was Bad my Anxity was high and Panic Attecks I told Mr. Huber that it was hard to focus what was going on it was loud in Court Room everyone laughing and Joking around like we where not in a Courtroom. Judge never told anyone to be Quiet. Really could not Understand have the Questions that were asked Because I could not focus on what was going on. And I was not Read my Rights During Arrest.

Point 2  Thursday August 6, 2020 Probation Revocation Hearing could not see nothing on the screen most of time and the audio could only hear only about half what was said Judge Missey laughing and Joking about sentenceing someone to Prison I was Distrot, Anxity, Panic Attecks, PTSD, tripping out.

Ground #4 Video - Audio of Probation Revocation Hearing on August 6, 2020

Point 1  I was not consenting to Video Court the CO1 Lewis said I Did not have a choice. Ms. Zapien allowed everything to go on even they I Did not went it to and that the video was cutting out most of time accept the screen for my Lawyer. The Audio was cutting in and out all the way through the proceedings. Before Lewis took me out I was crying Badly she Did nothing Did not fight for me or say anything about the Video & Audio Being messed up.

## Summery

This is in Regards to my Civil Rights Being Violated throughout this cases and court Proceedings its very unconstitutional grounds for Dissmissed/Set Aside/Vacated my sister has a Brain Tumer my Brother Health and I have 4 Children and they all need me. My Lack of Knowladge of the Law was used against. I was never made aware By my Lawyers why I was getting more time this is wrong. I was Denied Evedince of Crime Sceen an medical Records my Lawyers was suppose to get. Not one of my Lawyers involed in this case Did their Job. I was not made aware that my sentence was getting Inhance or anything.