Joseph Engel #1306356 2-D-216
O.CC
929 Honor Camp Ln.
Fordland, MO.
65652

Office Of The Clerk
United States District Court
Eastern District
111 S. Tenth St.
St. Louis, MO.
63102

RECEIV[ED]
MAR 24 2023
BY MAIL

n offender in the cust[ody]
.rtment of Corrections

24 Legal