UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
DIVISION

__JOSEPH MICHAEL ENGEL__,
     Plaintiff,

v.

__CYBELLE WEBBER__,
     Defendant(s).

Case No. _____

## MOTION FOR APPOINTMENT OF COUNSEL
## AND AFFIDAVIT IN SUPPORT

I, __JOSEPH MICHAEL ENGEL__, hereby apply for appointment of Counsel. In support of my application I declare under penalty of perjury that the following facts are true:

(1) I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

(2) Because of my poverty, I am unable to pay a reasonable attorney fee.

(3) I have made diligent efforts to obtain legal counsel, but because of my poverty I have been unable to secure same. Following is a description of the efforts I have made:

I declare under penalty of perjury that the foregoing is true and correct. Executed on __March 19__, 20__23__.

_____
Signature of Plaintiff